UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOANNE M. MILLAY, *as Parent* of minor child Y.M., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:07-cv-00178-JAW |
| SURRY SCHOOL DEPARTMENT, | ) ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 24, 2011 her Amended Recommended Decision (Docket # 198). The Defendant filed its objections to the Recommended Decision on April 6, 2011 (Docket # 199); the Plaintiff filed her objections to the Recommended Decision on April 11, 2011 (Docket # 200); the Defendant filed its response to the objections on April 25, 2011 (Docket # 201); and, the Plaintiff filed her response to the objections on April 28, 2011 (Docket # 202). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision.

1. It is therefore ORDERED that the Amended Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Regarding remedy, the Court ORDERS eighty-six (86) weeks of compensatory educational services, to be provided by Defendant upon the expiration of Y.M.'s existing period of eligibility, unless the Department of Education directs that a substitute decision maker with expertise will fulfill Defendant's IDEA obligations.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May, 2011